IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                         *
                                               *        CASE NUMBER
ALLEN FORD LEWIS,                *        16-02905
                                               *
Debtor.                                    *

## DEBTOR'S RESPONSE TO MOTION OF SHEFFIELD FINANCIAL FOR RELIEF FROM AUTOMATIC STAY

Comes now the Debtor, Allen Ford Lewis, by and through his attorney, and in response to the Motion for Relief from Automatic Stay of Section 362(a) filed by Ally Financial (Doc. 25) states the following:

### ADMISSIONS AND DENIALS

1. Debtor admits paragraphs 1 through 6.

2. Debtor is unable to admit or deny paragraph 7.

3. Debtor denies Movant is entitled to the relief requested.

### AFFIRMATIVE DEFENSES

1. Pursuant to Section 362(d)(2), Debtor alleges that the vehicle made the basis of Sheffield Financial's Motion is necessary for an effective reorganization and is used by A.F. Lewis Enterprises, LLC in its business operations, which provides Debtor with his primary source of income. Pursuant to Section (d)(1), Debtor offers as adequate protection, payments by Debtor in the sum of $165.00 per month beginning May 1, 2017 and each month thereafter, plus payment for insurance on the vehicle and physical maintenance of said vehicle and in the event Debtor fails to make any payment so provided, upon written notice to Debtor, and to Irvin Grodsky, as attorney for Debtor, of a default and failure to cure said default within 20 days after said written notice, to grant Movant relief from stay to pursue all remedies allowable.

2. Debtor owns equity in said vehicle and Debtor offers adequate protection in the amount and manner stated above.

/s/Irvin Grodsky
IRVIN GRODSKY
Attorney for Debtor
Post Office Box 3123
Mobile, Alabama 36652
(251) 433-3657

**CERTIFICATE OF SERVICE**

On this the 13th day of April, 2017, I hereby certify that the above and foregoing document has been served via court electronic mailing or via United States Mail, properly addressed and first-class postage prepaid, whichever is appropriate, on the following:

Mark S. Zimlich, Esq.
Office of the U.S. Bankruptcy Administrator
113 St. Joseph Street
Box 16
Mobile, Alabama 36602

Leonard N. Math
Chambless Math & Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759

/s/Irvin Grodsky
IRVIN GRODSKY