UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   ALLEN FORD LEWIS )
) CASE NO. 16-02905-JCO-11
       Debtor(s). )

## NOTICE OF DEFAULT AND RIGHT TO CURE

    Now Comes, SHEFFIELD FINANCIAL , a creditor herein, by its attorneys, Chambless Math ✣ Carr, P.C., pursuant to the Conditional Order Terminating Stay previously entered by this Court and certifies that the debtor is in default as follows:

    DATE DUE: MAY 1, 2017 - DECEMBER 1, 2017

    AMOUNT DUE: $1,320.00

    AMOUNT PAID: $500.00

    AMOUNT DELINQUENT: $820.00

    The debtor and counsel are hereby notified that per the terms of the aforesaid order that unless said default along with all other payments coming due after that date of this default are cured within 20 days, that the stay shall lift pursuant to the terms of the order without further notice or hearing to the debtor.

                                  SHEFFIELD FINANCIAL

                                  By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ✣ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or depositing a copy thereof in the United States mail postage prepaid on December 19, 2017.

Irvin Grodsky
Attorney At Law
P.O. Box 3123
Mobile AL 36652

ALLEN FORD LEWIS
4880 WAYNE ROAD
SWEET WATER AL 36782

/s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.

2