UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  ALLEN FORD LEWIS )
                                        ) CASE NO. 16-02905-JCO-11
     Debtor(s). )

## NOTICE OF TERMINATION OF AUTOMATIC STAY

Now Comes, SHEFFIELD FINANCIAL, a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C., pursuant to the Conditional Order Terminating Stay previously entered by this Court and hereby gives notice that the automatic stay provided by 11 U.S.C. § 362(a) has terminated as to the 2013 POLARIS RANGER pursuant to terms of that order.

                                                                                   SHEFFIELD FINANCIAL

                                                                                   By: */s/ Leonard N. Math*
                                                                                   Attorney for the Creditor

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on January 11, 2018.

x    by electronic service

Bankruptcy Administrator (MOBILE)
Chapter 7 Trustee
P.O. Box 3083
Mobile AL 36652-3083

Irvin Grodsky
Attorney At Law
P.O. Box 3123
Mobile AL 36652
igpc@irvingrodskypc.com

x    depositing a copy thereof in the United States mail postage prepaid:

ALLEN FORD LEWIS
4880 WAYNE ROAD
SWEET WATER AL 36782

*/s/ Leonard N. Math*
Chambless Math ❖ Carr, P.C.