UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re:

**ALLEN FORD LEWIS,**

Debtor.

Case No.: 16-02905

## NOTICE OF DEFAULT AND OPPORTUNITY TO CURE

Pursuant to the Court's Order entered January 4, 2018 ("Order"), SWEET WATER STATE BANK, ("Creditor') hereby gives notice that the Debtor has defaulted on the terms of the Order as follows:

1. The Court's Order requires Debtor to make direct payments in the amount of $250.00 weekly beginning October 13, 2017.

2. Debtor has failed to abide by the Order of this Court and owes Creditor the payments for the weeks of December 22, 2017 (partial paid in the amount of $50), December 29, 2017, January 5, 2018, January 12, 2018, and January 19, 2018 (1 week @ $200.00; 4 weeks @ $250.00 each), for a total of $1,200.00.

3. This serves as notice to Debtor of its default and opportunity to cure the default by remitting the full delinquent amount of $1,200.00 to Creditor or Creditor's attorney within twenty (20) days of the date herein, as required by the Court's Order. Pursuant to the Court's Order, if Debtor fails to cure the default within twenty (20) days, then the automatic stay imposed by 11 U.S.C. Section 362(a) shall be automatically terminated without further order of the Court, insofar as the stay relates to the enforcement of the lien held by SWEET WATER STATE BANK.

Dated this 29th day of January, 2018.

Respectfully submitted,

/s/ Goodman G. Ledyard
GOODMAN G. LEDYARD
JEANNA D. CHAPPELL
Counsel for Creditor

OF COUNSEL:
PIERCE LEDYARD, PC
P. O. Box 161389
Mobile, AL 36616
Telephone 251/338-1300

CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 29th day of January, 2018, served a copy of the foregoing pleading via electronic filing as follows:

U.S. Bankruptcy Administrator
113 St. Joseph Street, Box 16
Mobile, AL 36602
mark_zimlich@alsba.uscourts.gov

Lawrence B. Voit
Counsel for Debtor
4317-A Midmost Drive
Mobile, AL 36609-5507
lvoit@silvervoit.com

and by depositing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

A.F. Lewis Enterprises, LLC
4880 Wayne Road
Sweet Water, AL 36782

/s/ Goodman G. Ledyard
COUNSEL