UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In re:

ALLEN FORD LEWIS   Case No. 16-02905-JCO-11

Debtor.

## **ORDER**

The United States Bankruptcy Administrator having filed a Motion to Establish Deadline to File Plan of Reorganization and Disclosure Statement, a hearing was held on April 17, 2018. Due notice of the hearing was given. Appearances were as noted in the record. The Court is of the opinion that the Motion should be granted.

It is ORDERED that the Debtor file a Disclosure Statement and Plan of Reorganization with the Court within thirty (30) days of the date of this Order.

Dated:   April 23, 2018

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE