Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

Bankruptcy Proceeding No.: 16–02905
Chapter: 11
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Allen Ford Lewis
 aka Allen F. Lewis
 4880 Wayne Road
 Sweet Water, AL 36782–3977

## *NOTICE OF HEARING*

A reset hearing will be held in Courtroom 1 of the U. S. Bankruptcy Court, 201 St. Louis St., Mobile, AL on:

Date: 11/27/18

Time: 09:30 AM

Matter:

*177* – Chapter 11 Plan of Reorganization Filed by Allen Ford Lewis (related document(s)1 Voluntary Petition (Chapter 11) filed by Allen Ford Lewis) (Grodsky, Irvin)

*227* – Objection to Confirmation of Chapter 11 Plan Filed by United States of America (related document(s)177 Chapter 11 Plan filed by Allen Ford Lewis) (Wilson, Jamie)

If you are represented, please contact your lawyer before the hearing date (1) to find out whether you should attend and (2) to confirm that the matter has not been resolved or moved to another state.

You must present a valid ID to enter the courthouse. Members of the public are not allowed to bring in cellular phones. Parking information can be found on the court website at www.alsb.uscourts.gov under "court information."

Dated: 10/30/18

 Andrea Redmon
 CLERK OF COURT

 BY ANGIE JEMISON
 DEPUTY CLERK